316

American Radiator and Sanitary Corporation, Appellant, v. E. J. Wilhelmi et al., Appellees.

Gen. No. 9,588.

opinion filed December 19, 1940; rehearing denied February 4, 1941. Higgins & Walter and William E. Austin, for appellant; Frank J. Jones, for appellees, Robert Barber, Andrew Barber and Henry J. Leser. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''

People of the State of Illinois ex rel. John Rusch, Appellee, v. Alious Johnson et al., Appellants.

Gen. No. 41,118.

opinion filed January 20, 1941; rehearing denied February 5, 1941. Myer H. Gladstone, for certain appellant; Elliodor M. Libonati, for certain other appellants; Abraham Miller, of counsel; Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, Jr., of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. ''Not to be published in full.''